AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 5:23MJ1105-AMK | Date and time warrant executed: 5/3/23 3:30pm | Copy of warrant and inventory left with: Jason Delaney |
|---|---|---|

Inventory made in the presence of: Jason Delaney

Inventory of the property taken and name(s) of any person(s) seized:

DNA Standard Collected via buccal swab by FBI SA's Andy Havrilla and Ron Helmick.

FILED
3:59 pm Oct 03 2023
Clerk U.S. District Court
Northern District of Ohio
Akron

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/3/23

_Casey T Carty_
Executing officer's signature

SA Casey T Carty
Printed name and title

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
Jason Delaney, DNA Collection )
)
)

Case No. 5:23MJ1105-AMK

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Northern___ District of ___Ohio___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___May 10, 2023___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Amanda M. Knapp___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___

Date and time issued: 04/26/2023 1:25 pm

*Judge's signature*

City and state: Akron, Ohio

Amanda M. Knapp, United States Magistrate Judge
*Printed name and title*